IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:23-CR-116 |
| vs. | : | Judge Michael J. Newman |
| RICARDO BUSBEE, | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes the Federal Public Defender's Office and Cheryll A. Bennett, counsel for defendant herein, and moves this Court for an Order permitting them to withdraw from this captioned matter and relieving them from all future obligations to represent defendant in this matter for the reasons stated in the attached Memorandum.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/Cheryll A. Bennett
Cheryll A. Bennett (0063671)
Fifth Third Center, Suite 490
One South Main Street
Dayton, Ohio 45402
(937) 225-7687
Cheryll_Bennett@fd.org

Attorney for Defendant
Ricardo Busbee

## **MEMORANDUM**

On December 21, 2023, the Court appointed Assistant Federal Public Defender, Cheryll A. Bennett, to represent Mr. Busbee.

Undersigned counsel states that there has been a breakdown in the relationship which has affected the representation, and therefore, she requests that she and the Federal Public Defender's Office be allowed to withdraw as counsel for Mr. Busbee.

Wherefore, counsel requests that the Court permit her and the Federal Public Defender's Office to withdraw and that they be relieved of any further obligation to represent Mr. Busbee.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

s/Cheryll A. Bennett
Cheryll A. Bennett (0063671)
Fifth Third Center, Suite 490
One South Main Street
Dayton, Ohio 45402
(937) 225-7687
Cheryll_Bennett@fd.org

Attorney for Defendant
Ricardo Busbee

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was electronically served on the government on the filing date.

s/Cheryll A. Bennett
Cheryll A. Bennett